IT IS HEREBY ADJUDGED and DECREED this is SO ORDERED.

Dated: March 03, 2011



_____
**SARAH S. CURLEY**
U.S. Bankruptcy Judge
_____

**TIFFANY & BOSCO**
P.A.
**2525 EAST CAMELBACK ROAD**
**SUITE 300**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

10-30798

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>Josefina R. Ortega<br>      Debtor.<br>_____<br>Wells Fargo Bank, N.A.<br>      Movant,<br>  vs.<br><br>Josefina R. Ortega, Debtor, Diane M. Mann, Trustee.<br><br>      Respondents. | No. 2:10-BK-33410-SSC<br><br>Chapter 7<br><br>ORDER<br><br>(Related to Docket #23) |

    Movant's Motion for Relief from the Automatic Stay and Notice along with the form of proposed Order Lifting Stay, having been duly served upon Respondents, Respondents' counsel and Trustee, if any, and no objection having been received, and good cause appearing therefore,

    IT IS HEREBY ORDERED that all stays and injunctions, including the automatic stays imposed

by U.S. Bankruptcy Code 362(a) are hereby vacated as to Movant with respect to that certain real property which is the subject of a Deed of Trust dated December 26, 2003 and recorded in the office of the Maricopa County Recorder wherein Wells Fargo Bank, N.A. is the current beneficiary and Josefina R. Ortega has an interest in, further described as:

> THE FOLLOWING REAL PROPERTY SITUATE IN THE CITY OF PHOENIX, COUNTY OF MARICOPA, STATE OF ARIZONA, TO-WIT: LOT 16, VILLA ALEGRE, ACCORDING TO THE PLAT OF RECORD IN THE OFFICE OF THE COUNTY RECORDER OF MARICOPA COUNTY, ARIZONA,IN BOOK 13I OF MAPS, PAGE 9, AND AMENDMENT TO PLAT DEDICATION RECORDED IN DOCKET 8487, PAGE 534, RECORDS OF MARICOPA COUNTY, ARIZONA: TAX ID #: 103-53-098A 6
> BY FEE SIMPLE DEED FROM KODRANTES CAPITAL, LTD., AN ARIZONA CORPORATION AS SET FORTH IN INSTRUMENT NO. 20010057539 AND RECORDED 112612001, MARICOPA COUNTY RECORDS. THE SOURCE DEED AS STATED ABOVE IS THE LAST RECORD OF VESTING FILE FOR THIS PROPERTY. THERE HAVE BEEN NO VESTING CHANGES SINCE THE DATE OF THE ABOVE REFERENCED SOURCE.

IT IS FURTHER ORDERED that Movant may contact the Debtor by telephone or written correspondence regarding a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtor. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtor if Debtors personal liability is discharged in this bankruptcy case.

IT IS FURTHER ORDERED that this Order shall remain in effect in any bankruptcy chapter to which the Debtor may convert.